**Electronically Filed
Supreme Court
SCWC-13-0000065
10-OCT-2014
09:07 AM**

SCWC-13-0000065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LONNELL REGINALD WIDEMAN,
Petitioner/Petitioner-Appellant,

vs.

SATE OF HAWAIʻI,
Respondent/Respondent-Appellee.
(CAAP-13-0000065)

--------------------------------------------------------------

LONNELL REGINALD WIDEMAN,
Petitioner/Petitioner-Appellant,

vs.

HAWAIʻI PAROLING AUTHORITY,
Respondent/Respondent-Appellee.
(CAAP-13-0000111)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 12-1-0045 (CR. NO. 85-1261))

ORDER
(By: Nakayama, J.)

Upon consideration of Petitioner's November 18, 2013 motion for reconsideration of order dismissing appeal for filing the application for writ of certiorari prior to the Intermediate Court of Appeals's judgment on appeal, and the court having

considered a subsequent application for writ of certiorari after the judgment on appeal was filed,

IT IS HEREBY ORDERED the motion for reconsideration is dismissed.

DATED:  Honolulu, Hawaiʻi, October 10, 2014.

Lonnell Reginald Wideman, petitioner pro se

Paula A. Nakayama



Associate Justice